[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11278
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00010-JRH-BKE-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGELA WILLINGHAM,
a.k.a. Angela Gustave,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(January 30, 2017)

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

John Taylor appointed counsel for Angela Willingham in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Willingham's convictions and sentences are **AFFIRMED**.